# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL<br><br>   Plaintiff(s),<br><br> v.<br><br>KG BELLFLOWER, LLC, et al.<br><br>   Defendant(s). | CASE NO.<br>2:21-cv-05220-DSF-RAO<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

 Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before February 21, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

 IT IS SO ORDERED.

Date: January 21, 2022       /s/ *Dale S. Fischer*
                 Dale S. Fischer
                 United States District Judge