# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL<br><br>        Plaintiff(s),<br><br>v.<br><br>KG BELLFLOWER, LLC, et al.<br><br>        Defendant(s). | CASE NO.<br>2:21−cv−05220−DSF−RAO<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 28, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 21, 2022              /s/ *Dale S. Fischer*
                                                                 Dale S. Fischer
                                                              United States District Judge