JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br>  Plaintiff,<br><br>   v.<br><br>KG BELLFLOWER, LLC, a California limited liability company; CHAI FA CHAO, an individual dba "Granny's Donuts"; and DOES 1-10,<br>  Defendants. | CV 21-5220 DSF (RAOx)<br><br>JUDGMENT |

 The Court having granted in part a motion for default judgment,

 IT IS ORDERED AND ADJUDGED that Defendants KG Bellflower, LLC and Chai Fa Chao remediate the following architectural barriers at the property located at 14210 Bellflower Boulevard, Bellflower, CA 90706 within 180 days:

(1) The access aisles that are not the full length of the parking spaces they serve.

(2)  The designated disabled parking spaces and their adjacent loading/unloading access aisles with surface slopes exceeding two percent (2%).

(3) The uneven path of travel with level changes greater than ½ inch with no ramp provided.

(4) The cross slopes of the walking surface that are steeper than two percent (2%).

 (5) The doorway threshold exceeding one-half an inch.

 (6) The business door entrance exceeding a maximum force of five pounds.

Date: February 13, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge

2